UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERONIA STEFANIE KEARNEY,

                Plaintiff,

                        20-CV-5439 (JMF) (KHP)

     -v-

                        ORDER

ANDREW M. SAUL, *Commissioner of Social Security
Administration*,

                Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated July 16, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 1, 2020**.

      SO ORDERED.

Dated: August 25, 2020
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge