# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SERONIA STEFANIE KEARNEY,

                Plaintiff,

-v-

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

20 CIVIL 5439 (JMF)(KHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 19, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        May 20, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          BY:
                                                  **Deputy Clerk**